IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TYRONE REMBERT, | ) CASE NO. 1:19-CV-01716 |
| | ) |
| Plaintiff, | ) JUDGE J. PHILIP CALABRESE |
| | ) |
| v. | ) |
| | ) |
| SWAGELOK COMPANY, | ) STIPULATED NOTICE OF DISMISSAL WITH |
| | ) PREJUDICE |
| Defendant. | ) |
| | ) |
| | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tyrone Rembert and Defendant Swagelok Company, by and through their undersigned counsel, hereby agree and stipulate that this entire action and all claims in Plaintiff's Complaint against Defendant are hereby dismissed with prejudice, with each party to bear his or its own respective costs, expenses, and attorneys' fees.

**JOINTLY SUBMITTED:**

| | |
|---|---|
| /s/ *Dale A. Bernard (Per Consent)* | /s/ *Amy L. Kulik* |
| Dale A. Bernard (0020001) | Amy L. Kullik (0069663) |
| The Bernard Law Firm | Kirsten B. Mooney (0096378) |
| Crown Centre | Fisher & Phillips LLP |
| 5005 Rockside Road, Suite 600 | 200 Public Square, Suite 4000 |
| Independence, Ohio 44131 | Cleveland, Ohio 44114 |
| 440-546-7500 | 440-740-2127 |
| 440-546-7501 (fax) | 440-838-8805 (fax) |
| dbernard@bernardlaw.com | akullik@fisherphillips.com |
| | kmooney@fisherphillips.com |
| *Counsel for Plaintiff Tyrone Rembert* | |
| | *Counsel for Defendant Swagelok Company* |

**CERTIFICATE OF SERVICE**

This is to certify that on November 27, 2023, a copy of the foregoing *Stipulated Notice of Dismissal with Prejudice* was filed electronically.  Notice of this filing will be sent to counsel for Plaintiff listed below by operation of the Court's e-filing system.  Parties may access this filing through the Court's system.

Dale Bernard
The Bernard Law Firm
Crown Center
5005 Rockside Road, Suite 600
Independence, Ohio 44131
dbernard@bernardlaw.com

*Counsel for Plaintiff Tyrone Rembert*

/s/ *Amy L. Kulik*
Amy L. Kulik (0069663)

*Counsel for Defendant Swagelok Company*

2

FP 48833661.1